UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.   07-156M |
| v. | |
| WESLEY CLINTON GRAY, | DETENTION ORDER |
| Defendant. | |

Offense charged:   Failure to Register as a Sex Offender and Update Sex Offender Registration, in violation of Title 18, U.S.C., Section 2250.

Date of Detention Hearing: April 2, 2007

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Susan Dohrmann.  The defendant was represented by Paula Deutsch.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The Defendant is eligible under Title 18 U.S.C. Section 2250 for detention based upon the nature of the offense.  His criminal history is comprised of a conviction of

Rape of a Child in Pierce County, Washington. The investigation, as outlined in the complaint, indicates that the defendant left the state of Washington and lived in the state of California, where he registered as a sex offender until his departure from California in November 2001. He was found in the state of Washington in March 2007. Washington's Department of Licensing records show that he obtained a driver's license in December 2003, yet he appears not to have filed either in California or Washington as a sex offender.

A search of his computer at home and at his workplace revealed over 200 caches of child pornography. Based upon his prior conviction, and the Department of Corrections assignment to it as a "level three" offense, the possession of pornography is a concerning factor in assessing danger to the community. The presence of a small child in his home is another concern in assessing danger to the community and members of his own household.

It is therefore ORDERED:

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States,

to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of April, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-